IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MANGINI and CHARLENE MANGINI,<br>    Plaintiffs,<br><br>v.<br><br>CESAR BALDERAMMA, et al.<br>    Defendants. | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 13-3868<br>:<br>:<br>: |

### ORDER

AND NOW this __18th__ day of __May__, 2015, **IT IS HEREBY ORDERED AND DECREED** that upon consideration of Defendant Gizeh Imports Distribution's Motion for Partial Summary Judgment (Doc. 17), Intervenor Plaintiff City of Philadelphia's Memorandum of Law in Response (Doc. 19), Defendant Gizeh Imports Distribution's Reply to Response to Motion (Doc. 20), Intervenor Plaintiff City of Philadelphia's Response in Opposition to Motion for Partial Summary Judgment (Doc. 22), and Defendant Gizeh Imports Distribution's Reply to Response (Doc. 23) that Defendant Gizeh Imports Distribution's Motion for Partial Summary Judgment (Doc. 17) is **GRANTED**.

BY THE COURT:

_/s/ Petrese B Tucker_
Hon. Petrese B. Tucker, C.J.